1  JOHN F. FRIEDEMANN (SBN 115632)
   *jfriedemann@frigolaw.com*
2  KYLE M. FISHER (SBN 127334)
   *kfisher@frigolaw.com*
3  MARCI A. REICHBACH (SBN 215545)
   *mreichbach@frigolaw.com*
4  FRIEDEMANN GOLDBERG LLP
   420 Aviation Boulevard, Suite 201
5  Santa Rosa, California  95403
   Telephone:  (707) 543-4900
6  Facsimile:  (707) 543-4910

7  Attorneys for Plaintiffs
   DAVID RAFANELLI, PATRICIA RAFANELLI,
8  A. RAFANELLI WINERY & VINEYARDS
   LIMITED PARTNERSHIP dba A. RAFANELLI
9  WINERY & VINEYARDS, RAFANELLI MANAGEMENT
   LLC, RASHELL L. RAFANELLI-FEHLMAN
10  and RLF MANAGEMENT LLC

11

12              UNITED STATES DISTRICT COURT

13          FOR THE NORTHERN DISTRICT OF CALIFORNIA

14

15  DAVID RAFANELLI, an individual; PATRICIA         Case No. 3:12-cv-04141-SC
    RAFANELLI, an individual; A. RAFANELLI
16  WINERY & VINEYARDS LIMITED                       **NOTICE OF SETTLEMENT OF ENTIRE**
    PARTNERSHIP dba A. RAFANELLI WINERY             **CASE AND STIPULATION AND**
17  & VINEYARDS, a California limited                **[PROPOSED] ORDER VACATING**
    partnership; RAFANELLI MANAGEMENT               **MOTION HEARING DATE**
18  LLC, a California limited liability company;
    RASHELL L. RAFANELLI-FEHLMAN an
19  individual; and RLF MANAGEMENT LLC, a           **Assigned To:   Hon. Samuel Conti**
    California limited liability company;
20                                                   **Trial Date:    Not Set**
                          Plaintiffs,
21
         vs.
22
    TRAVELERS PROPERTY CASUALTY
23  COMPANY OF AMERICA, a Connecticut
    corporation,
24
                          Defendant.
25

26

27

28

TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR
ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on or about December 20, 2012 Plaintiffs David Rafanelli, Patricia Rafanelli, A. Rafanelli Winery & Vineyards Limited Partnership dba A. Rafanelli Winery & Vineyards, Rafanelli Management LLC, Rashell L. Rafanelli-Fehlman and RLF Management LLC (collectively "Rafanelli") and Defendant Travelers Property Casualty Company of America ("Travelers") (together the "Parties") agreed to the terms of a conditional settlement.

This stipulation is entered into by the Parties by and through their respective counsel of record.

## FACTUAL RECITALS

This Stipulation is entered into in reference to the following facts:

1.     The initial pleading in this case was filed on August 6, 2012.

2.     The Parties have pending motions for summary judgment set for hearing on January 11, 2012 which the Parties wish to withdraw.

3.     The Parties anticipate that it will take 30 days to finalize the settlement agreement and for Travelers to satisfactorily complete the terms of the settlement.

4.     The Parties anticipate that they will be able to file a stipulation of dismissal within approximately 45 days.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

**STIPULATION**

In light of the foregoing facts, the Parties agree as follows:

1. The hearing date on the motions for summary judgment scheduled for January 11, 2013 shall be vacated.

**SO STIPULATED.**

DATED: December 21, 2012     FRIEDEMANN GOLDBERG LLP


By: /s/ Marci A. Reichbach
    MARCI A. REICHBACH
    Attorneys for Plaintiffs
    DAVID RAFANELLI, PATRICIA RAFANELLI, A.
    RAFANELLI WINERY & VINEYARDS LIMITED
    PARTNERSHIP dba A. RAFANELLI WINERY &
    VINEYARDS, RAFANELLI MANAGEMENT LLC,
    RASHELL L. RAFANELLI-FEHLMAN and RLF
    MANAGEMENT LLC


DATED: December 21, 2012     SEDGWICK LLP


By: /s/ Nicholas J. Boos
    NICHOLAS J. BOOS
    Attorneys for Defendant
    TRAVELERS PROPERTY CASUALTY COMPANY
    OF AMERICA


*Filer's Attestation: Pursuant to Civil Local Rule 5-1 (i)(3) regarding signatures, Marci A. Reichbach hereby attests that concurrence in the filing of this document has been obtained.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: December 28, 2012

_____
**UNITED STATES DISTRICT COURT JUDGE**