| | |
|---|---|
| 1 | JOHN F. FRIEDEMANN (SBN 115632) |
| | *jfriedemann@frigolaw.com* |
| 2 | KYLE M. FISHER (SBN 127334) |
| | *kfisher@frigolaw.com* |
| 3 | MARCI A. REICHBACH (SBN 215545) |
| | *mreichbach@frigolaw.com* |
| 4 | FRIEDEMANN GOLDBERG LLP |
| | 420 Aviation Boulevard, Suite 201 |
| 5 | Santa Rosa, California 95403 |
| | Telephone: (707) 543-4900 |
| 6 | Facsimile: (707) 543-4910 |

Attorneys for Plaintiffs
DAVID RAFANELLI, PATRICIA RAFANELLI,
A. RAFANELLI WINERY & VINEYARDS
LIMITED PARTNERSHIP dba A. RAFANELLI
WINERY & VINEYARDS, RAFANELLI MANAGEMENT
LLC, RASHELL L. RAFANELLI-FEHLMAN
and RLF MANAGEMENT LLC

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID RAFANELLI, an individual; PATRICIA RAFANELLI, an individual; A. RAFANELLI WINERY & VINEYARDS LIMITED PARTNERSHIP dba A. RAFANELLI WINERY & VINEYARDS, a California limited partnership; RAFANELLI MANAGEMENT LLC, a California limited liability company; RASHELL L. RAFANELLI-FEHLMAN an individual; and RLF MANAGEMENT LLC, a California limited liability company;<br><br>Plaintiffs,<br><br>vs.<br><br>TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation,<br><br>Defendant. | Case No. 3:12-cv-04141-SC<br><br>**NOTICE OF SETTLEMENT OF ENTIRE CASE AND STIPULATION AND [PROPOSED] ORDER VACATING MOTION HEARING DATE**<br><br>**Assigned To: Hon. Samuel Conti**<br><br>**Trial Date: Not Set** |

(

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on or about December 20, 2012 Plaintiffs David Rafanelli, Patricia Rafanelli, A. Rafanelli Winery & Vineyards Limited Partnership dba A. Rafanelli Winery & Vineyards, Rafanelli Management LLC, Rashell L. Rafanelli-Fehlman and RLF Management LLC (collectively "Rafanelli") and Defendant Travelers Property Casualty Company of America ("Travelers") (together the "Parties") agreed to the terms of a conditional settlement.

This stipulation is entered into by the Parties by and through their respective counsel of record.

## **FACTUAL RECITALS**

This Stipulation is entered into in reference to the following facts:

1. The initial pleading in this case was filed on August 6, 2012.
2. The Parties have pending motions for summary judgment set for hearing on January 11, 2012 which the Parties wish to withdraw.
3. The Parties anticipate that it will take 30 days to finalize the settlement agreement and for Travelers to satisfactorily complete the terms of the settlement.
4. The Parties anticipate that they will be able to file a stipulation of dismissal within approximately 45 days.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

{00259574.DOC;v1}  1
NOTICE OF SETTLEMENT OF ENTIRE CASE AND STIPULATION AND [PROPOSED] ORDER VACATING MOTION HEARING DATE

| | |
|---|---|
| 1 | **STIPULATION** |
| 2 | In light of the foregoing facts, the Parties agree as follows: |
| 3 | 1. The hearing date on the motions for summary judgment scheduled for January 11, |
| 4 | 2013 shall be vacated. |
| 5 | |
| 6 | **SO STIPULATED.** |
| 7 | |
| 8 | DATED: December 21, 2012     FRIEDEMANN GOLDBERG LLP |
| 9 | |
| 10 | By: /s/ Marci A. Reichbach |
| 11 | MARCI A. REICHBACH<br>Attorneys for Plaintiffs |
| 12 | DAVID RAFANELLI, PATRICIA RAFANELLI, A. RAFANELLI WINERY & VINEYARDS LIMITED |
| 13 | PARTNERSHIP dba A. RAFANELLI WINERY & VINEYARDS, RAFANELLI MANAGEMENT LLC, |
| 14 | RASHELL L. RAFANELLI-FEHLMAN and RLF MANAGEMENT LLC |
| 15 | |
| 16 | DATED: December 21, 2012     SEDGWICK LLP |
| 17 | |
| 18 | By: /s/ Nicholas J. Boos |
| 19 | NICHOLAS J. BOOS<br>Attorneys for Defendant |
| 20 | TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA |
| 21 | |
| 22 | *Filer's Attestation: Pursuant to Civil Local Rule 5-1 (i)(3) regarding signatures, Marci A. Reichbach hereby attests that concurrence in the filing of this document has been obtained.* |
| 23 | |
| 24 | **PURSUANT TO STIPULATION, IT IS SO ORDERED.** |
| 25 | |
| 26 | DATED: December 28, 2012     [signature] |
| 27 | **UNITED STATES DISTRICT COURT JUDGE** |
| 28 | |

{00259574.DOC;v1}     2

NOTICE OF SETTLEMENT OF ENTIRE CASE AND STIPULATION AND [~~PROPOSED~~] ORDER VACATING MOTION HEARING DATE