| | |
|---|---|
| 1 | JOHN F. FRIEDEMANN (SBN 115632) |
|   | *jfriedemann@frigolaw.com* |
| 2 | KYLE M. FISHER (SBN 127334) |
|   | *kfisher@frigolaw.com* |
| 3 | MARCI A. REICHBACH (SBN 215545) |
|   | *mreichbach@frigolaw.com* |
| 4 | FRIEDEMANN GOLDBERG LLP |
|   | 420 Aviation Boulevard, Suite 201 |
| 5 | Santa Rosa, California  95403 |
|   | Telephone:  (707) 543-4900 |
| 6 | Facsimile:  (707) 543-4910 |

Attorneys for Plaintiffs
DAVID RAFANELLI, PATRICIA RAFANELLI,
A. RAFANELLI WINERY & VINEYARDS
LIMITED PARTNERSHIP dba A. RAFANELLI
WINERY & VINEYARDS, RAFANELLI MANAGEMENT
LLC, RASHELL L. RAFANELLI-FEHLMAN
and RLF MANAGEMENT LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID RAFANELLI, an individual; PATRICIA RAFANELLI, an individual; A. RAFANELLI WINERY & VINEYARDS LIMITED PARTNERSHIP dba A. RAFANELLI WINERY & VINEYARDS, a California limited partnership; RAFANELLI MANAGEMENT LLC, a California limited liability company; RASHELL L. RAFANELLI-FEHLMAN an individual; and RLF MANAGEMENT LLC, a California limited liability company;<br><br>Plaintiffs,<br><br>vs.<br><br>TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation,<br><br>Defendant. | Case No. 3:12-cv-04141-SC<br><br>**STIPULATION OF DISMISSAL**<br><br>**Assigned To:**   Hon. Samuel Conti<br><br>**Trial Date:**   Not Set |

{00272503.DOC;v2}

STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).  Each side will bear its own costs and fees.

DATED:  February 21, 2013          FRIEDEMANN GOLDBERG LLP


By: /s/ Marci A. Reichbach
    MARCI A. REICHBACH
    Attorneys for Plaintiffs
    DAVID RAFANELLI, PATRICIA RAFANELLI, A. RAFANELLI WINERY & VINEYARDS LIMITED PARTNERSHIP dba A. RAFANELLI WINERY & VINEYARDS, RAFANELLI MANAGEMENT LLC, RASHELL L. RAFANELLI-FEHLMAN and RLF MANAGEMENT LLC


DATED:  February 7, 2013           SEDGWICK LLP


By: /s/ Nicholas J. Boos
    NICHOLAS J. BOOS
    Attorneys for Defendant
    TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

*Filer's Attestation:  Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, Marci A. Reichbach hereby attests that concurrence in the filing of this document has been obtained.*

**IT IS SO ORDERED**
Judge Samuel Conti
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

{00272503.DOC;v2}

1

STIPULATION OF DISMISSAL